No. 40300.—Protest 209324–G of Peter J. Barth Co. (New York).

Opinion by Tilson, J. It was found that the merchandise consists of embroidered articles similar to those involved in *Glemby's* v. *United States* (13 Ct. Cust. Appls. 533, T. D. 41397). The claim at 75 percent under paragraph 1430 was therefore sustained.